# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROP'S N.A., INC., | CASE NO. CV F 12-0755 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | (Doc. 6.) |
| PATTERSON VEGETABLE COMPANY, LLC, et al., | |
| Defendants. | |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this action in its entirety;

2. VACATES all pending matters and dates, including the September 6, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 21, 2012**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE